Certificate Number: 03088-PAE-DE-034680663

Bankruptcy Case Number: 20-12892



03088-PAE-DE-034680663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2020, at 8:10 o'clock AM CDT, Carlos E Moreno completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 19, 2020                          By:      /s/Doug Tonne

                                               Name:  Doug Tonne

                                               Title:   Counselor